**Order entered January 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01032-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**JERRY GUTIERREZ, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-88020-2012**

## ORDER

Appellee's January 7, 2014 motion to extend time to file his appellate brief is **GRANTED**. Appellee's brief received on January 4, 2014 and accepted on January 6, 2014 is deemed timely filed.

/s/     DAVID EVANS
PRESIDING JUSTICE